UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESTER MCCANTS, | Case No. C21-0871-RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SKYLINE AT FIRST HILL, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: On June 28, 2021, Plaintiff Lester McCants filed a Complaint with this Court against Defendant Skyline at First Hill ("Skyline"). Dkt. #1. The Complaint contained three paragraphs under the caption "motion for preliminary and temporary injunction," which the Court interpreted as a separate motion for preliminary injunction. Accordingly, Plaintiffs' motion was noted for consideration on July 16, 2021.

As of the date of this Order, Defendant has not appeared in this matter. Plaintiff's motion does not request ex parte relief. Accordingly, the Court STAYS Plaintiff's motion for preliminary injunction pending Defendant's appearance. Defendant will be afforded **thirty (30) days** from the date of appearance to file a response.

MINUTE ORDER - 1

DATED this 30th day of July, 2021.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER - 2