THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESTER McCANTS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SKYLINE AT FIRST HILL, aka, PRESREBRTIRAN, aka TRANSFORMING AGE,<br><br>　　　　　　　　　　　Defendant. | No. 2:21-cv-00871-RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 04/13/23 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 13th day of April, 2023.

By: _s/Elizabeth M. Berman Lovell_
Elizabeth M. Berman Lovell, WSBA No. 46428
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104-3629
Phone: (206) 452-8934
Fax: (206) 623-9273
Email: bermanlovell@wscd.com
Of Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR DISMISSAL (Cause No. 2:21-cv-00871-RSM) – 1
ys/EMBL6828.027/4385196X



WILSON SMITH COCHRAN DICKERSON

1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

1
2  DATED this ___ day of April, 2023.
3
4                    By ___*see attached*_____
                        Lester McCants
5                       4728 Ritual Street
                        North Las Vegas, NV 89031
6                       Phone: 206-446-2263
                        Email: lestermccantsboo@gmail.com
7                       Pro Se Plaintiff
8
9  DATED this ___ day of April, 2023.
10
11                   By _____*see attached*_____
                        Leslie McCants
12                      2675 Windmill Parkway, Unit 1422
                        Henderson, NV 89074
13                      Phone: 702-912-9676
                        Email: leslie.mccants@hotmail.com
14                      Power of Attorney for Lester McCants
15
16
17  IT IS SO ORDERED.
18  DATED this 14th day of April, 2023.
19
20
21
22                      RICARDO S. MARTINEZ
                        UNITED STATES DISTRICT JUDGE
23
24
25
26

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:21-cv-00871-RSM) – 2
ys/EMBL6828.027/4385196X

WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273